FILED
2010 APR 28 A 9: 12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

David Gerard Mendez - #099953         CV 10 80 0 96 MISC

### ORDER TO SHOW CAUSE

It appearing that David Gerard Mendez has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that he may not practice law while so enrolled effective March 21, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before May 31, 2010 as to why he should not be so enrolled before this Court, pending further notice from the State Bar of California.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

David Gerard Mendez
David G. Mendez Attorney at Law
655 Joaquin Ave
San Leandro, CA 94577