**FILED**

JUL -6 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF:<br>David Gerard Mendez,<br>    State Bar No 99953<br>_____/ | No CV 10 80096 MISC VRW<br><br>ORDER |

        On April 28, 2010, the court issued an order to show cause (OSC) why David Gerard Mendez should not be removed from the roll of attorneys authorized to practice law before this court, based upon his enrollment as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code, effective March 21, 2010.

        The OSC was mailed to Mr Mendez's address of record with the State Bar on April 30, 2010. A written response was due on or before May 31, 2010. No response to the OSC has been filed as of this date.

        The court now orders David Gerard Mendez removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

        IT IS SO ORDERED.

                                                                 VAUGHN R WALKER
                                                                 United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

David Gerard Mendez

_____/

Case Number: C10-80096 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 6, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Gerard Mendez
655 Joaquin Ave
San Leandro, CA 94577


Dated: July 6, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*